# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Somers  **Docket Number:** 05-00340-001
  **PACTS Number:** 37985

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
  SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 12/18/07

**Original Offense:** BANK ROBBERY

**Original Sentence:** 77 months imprisonment; 3 years supervised release. Special conditions: refrain from alcohol/drug use; substance abuse treatment; mental health treatment; and DNA testing; Restitution of $770.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 09/08/10

**Date of Violation Sentence:** 07/15/11

**Violation Sentence:** Revocation of 4 months imprisonment (time served); 32 months supervised release. All previous terms of supervised release imposed shall remain in effect.

**Assistant U.S. Attorney:** Lee Cortes, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Wanda Aiken, Esq., One Gateway Center, Suite 2600, Room 502, Newark, New Jersey 07102, (973) 623-6834

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.'<br><br>The offender provided a false address to the probation office and his whereabouts were unknown for the month of October 2011. Upon his release from Integrity in the beginning of August 2011, he presented the undersigned with his residence address of 715 3rd Street (basement apartment), Secaucus, New |

Jersey. Soon after his release, the offender was arrested for Shoplifting, and was incarcerated until the end of September 2011, at which time, he presented the same address. In October 2011, the undersigned discovered during a home visit, from the owner of the residence, that the offender had never lived at such address.

On November 1, 2011, the offender showed up at the probation office, advising he had relapsed back to using illegal substances, and the following day, was transported to Bergen Regional Medical Center for detoxification purposes. The offender subsequently left the facility and failed to inform the probation office of his whereabouts; therefore, absconding supervision.

2   The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

The offender failed to report to the probation office on October 20, 2011, on October 25, 2011, and since November 2, 2011.

3   The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

The offender failed to submit a *Monthly Supervision Report* since September 2011.

4   The offender has violated the standard supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'

The offender has used illegal substances, in that by his own admission on November 1, 2011, he informed the undersigned that he had been using crack and heroin for the past week.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 5/1/12   KJM

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/2/12
_____
Date